USCA1 Opinion

 

 October 22, 1992 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 92-1505 JOHN R. LANE, Plaintiff, Appellant, v. ARGEO PAUL CELLUCCI, Defendant, Appellee. ___________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. A. David Mazzone, U.S. District Judge] ___________________ ____________________ Before Torruella, Circuit Judge, _____________ Brown* and Bownes, Senior Circuit Judges. _____________________ ____________________ Matthew Cobb for appellant. ____________ Jon Laramore, Assistant Attorney General, Government _____________ Bureau, with whom Scott Harshbarger, Attorney General, was on _________________ brief for appellee. ____________________ ____________________ ____________________ * Of the Fifth Circuit, sitting by designation. Per Curiam. Upon full review of the record in this __________ case, and having considered the briefs and oral argument of the parties, the decision of the district court is affirmed for substantially the same reasons as are stated in said opinion. See Lane v. Cellucci, No. 91-12704 (D. Mass. March 11, 1992). ___ ____ ________ Affirmed. Costs to appellee. ________ -2-